IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LADON M. GREEN,

     Appellant,

v.

JULIE L. JONES, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3027

Opinion filed October 16, 2015.

An appeal from the Circuit Court for Calhoun County.
Allen L. Register, Judge.

LaDon M. Green, pro se, Appellant.

Pamela A. Bondi, Attorney General, and Heather Flanagan Ross, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.